FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0087

IN THE MATTER OF

R.K.,

YOUTH IN NEED OF CARE

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Elda L. Nichols is granted an extension of time to and including May 31, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022